UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CURTIS HOPPER,

        Plaintiffs,

   v.

FOLSOM POLICE DEPARTMENT, CITY OF FOLSOM, S. LITINOV, T. SCHANTZ, AND DOES 1-50, inclusive,

        Defendants.

NO. CIV. S-05-0153 WBS DAD

MEMORANDUM AND ORDER
RE: MOTION TO WITHDRAW

----oo0oo----

        Attorney Barry Zimmerman, counsel of record for plaintiff, moves to withdraw. Plaintiff's complaint is based on the conduct of police during plaintiff's arrest on January 31, 2004. Mr. Zimmerman states that facts have come to light that show him this case would be "uneconomical to pursue," (Mot. to Withdraw at 2), and therefore he no longer wishes to handle the case.

        Discovery is set to close in this matter on October 3, 2005. The trial is set for March 14, 2006. (April 1, 2005 Order).

1

1     Defendant has filed a notice of nonobjection.
2     Plaintiff was present at the hearing and stated that he
3 prefers Zimmerman to remain as his counsel.  Plaintiff also
4 acknowledged that he understands that he, and not his attorney,
5 is responsible for any costs, such as transcription costs, to be
6 incurred to pursue this litigation.
7     This situation is not one in which there has been a
8 complete breakdown in the relationship between the client and the
9 attorney.
10    IT IS THEREFORE ORDERED that attorney Barry Zimmerman's
11 motion to withdraw be, and the same hereby is, DENIED.
12 DATED:  July 25, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE