1  RANDOLPH, CREGGER & CHALFANT, LLP
   ADRIAN L. RANDOLPH, SBN 133577
2  1030 G Street
   Sacramento, California 95814
3  Telephone: (916) 443-4443
   Facsimile:  (916) 443-2124
4
   Attorneys for Defendants
5  FOLSOM POLICE DEPARTMENT;
   CITY OF FOLSOM; S. LITVINOV; and
6  T. SCHANTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS HOPPER, | No. 2:05-CV-00153-WBS-DAD |
| Plaintiff, | [Temporary No.] |
| vs. | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON** |
| FOLSOM POLICE DEPARTMENT, CITY OF FOLSOM, S. LITVINOV, T. SCHANTZ, AND DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff CURTIS HOPPER, by and through his attorney of record, Barry A. Zimmerman of Law Offices of Barry Zimmerman, and Defendants FOLSOM POLICE DEPARTMENT, CITY OF FOLSOM, S. LITVINOV and T. SCHANTZ, by and through their attorney of record, Adrian L. Randolph of Randolph Cregger & Chalfant LLP, hereby stipulate that the above-entitled action

//
//
//
//
//

- 1 -
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER

1  may be dismissed, without prejudice. Each party to bear its own costs and fees, pursuant to the
2  terms of the stipulation.

3  DATED: August 29, 2005            LAW OFFICES OF BARRY A. ZIMMERMAN

4
                                     By___/S/ BARRY A. ZIMMERMAN_____
5                                           BARRY A. ZIMMERMAN
                                          Attorney for Plaintiff CURTIS HOPPER
6

7
   DATED: September 6, 2005          RANDOLPH CREGGER & CHALFANT LLP
8

9                                    By___/S/ ADRIAN L. RANDOLPH_____
                                            ADRIAN L. RANDOLPH
10                                        Attorneys for Said Defendants

11

12
                                      **ORDER**
13
           IT IS SO ORDERED.
14
   DATED:  September 8, 2005
15

16  _____
    WILLIAM B. SHUBB
17  UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

**Randolph Cregger & Chalfant**

- 2-
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER